# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| LAS VEGAS DEVELOPMENT GROUP, LLC, ) <br> ) <br> Plaintiff, ) <br> ) <br> vs. ) <br> ) <br> STEVEN P. SCHNEIDER, *et al.*, ) <br> ) <br> Defendants. ) <br> ) | Case No. 2:16-cv-00038-RFB-GWF <br><br> **ORDER** |

This matter is before the Court on Defendant's failure to file a Statement in Removal. The Minutes of the Court (#5) dated January 11, 2016, required the party removing the action to this court to file a Statement in Removal no later than fifteen (15) days of the minute order. To date, Defendant has not complied. Accordingly,

**IT IS ORDERED** counsel for Defendant shall file a Statement in Removal which fully complies with the Minutes of the Court (#5) no later than **February 16, 2016**. Failure to comply may result in the issuance of an order to show cause why sanctions should not be imposed.

DATED this 3rd day of February, 2016.

_____
GEORGE FOLEY, JR.
United States Magistrate Judge