ROGER P. CROTEAU, ESQ.
Nevada Bar No. 4958
TIMOTHY E. RHODA, ESQ.
Nevada Bar No. 7878
ROGER P. CROTEAU & ASSOCIATES, LTD.
9120 West Post Road, Suite 100
Las Vegas, Nevada 89148
(702) 254-7775
(702) 228-7719 (facsimile)
croteaulaw@croteaulaw.com
*Attorney for Plaintiff*
**LAS VEGAS DEVELOPMENT GROUP, LLC**

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\*\*\*

| | |
|---|---|
| LAS VEGAS DEVELOPMENT GROUP, LLC, a Nevada limited liability company, <br><br> Plaintiff, <br><br> vs. <br><br> STEVEN P. SCHNEIDER, an individual; NATIONSTAR MORTGAGE, LLC , a Delaware limited liability company; AZTEC FORECLOSURE CORPORATION, a California corporation; TRACY BURR, an individual; FEDERAL NATIONAL MORTGAGE ASSOCIATION, a federally chartered corporation; EVERGREEN MONEYSOURCE MORTGAGE COMPANY, a Washington corporation; DOE individuals I through XX; and ROE CORPORATIONS I through XX, <br><br> Defendants. | Case No.   2:16-cv-00038-RFB-GWF |

**STIPULATION TO EXTEND TIME TO RESPOND TO MOTION FOR ENTRY OF FINAL JUDGMENT PURSUANT TO NRCP 54(B) AND MOTION FOR ATTORNEYS' FEES**
(First Request)

COMES NOW Plaintiff, LAS VEGAS DEVELOPMENT GROUP, LLC (*"LVDG"*), and Defendant, AZTEC FORECLOSURE CORPORATION (*"Aztec"*), by and through their undersigned counsel, and hereby stipulate and agree as follows:

Page 1 of  3

5125 Teal Petals

1. On January 5, 2016, prior to the date on which this matter was removed to this Court, Aztec filed a Motion for Entry of Final Judgment Pursuant to NRCP 54(b) related to an Order granting Aztec's Motion to Dismiss in the State Court. Said Motion has not yet been filed herein but was pending on the date of removal.

2. On January 15, 2016, Aztec filed a Motion for Attorneys' Fees and Costs herein [Doc. #7].

3. The parties are presently discussing the potential amicable resolution of said Motions. If resolved, the Motions will be withdrawn or an appropriate stipulation submitted.

4. LVDG shall have an additional period of time until and including February 8, 2016, in which file Responses to pending Motions.

5. This Stipulation is made in good faith and not for purpose of delay.

Dated this ___21st___ day of January, 2016.

| | |
|---|---|
| ROGER P. CROTEAU & ASSOCIATES, LTD. | WRIGHT, FINLAY & ZAK, LLP |
| /s/ *Timothy E. Rhoda* | /s/ *Dana Jonathon Nitz* |
| TIMOTHY E. RHODA, ESQ. | DANA JONATHON NITZ, ESQ. |
| Nevada Bar No. 7878 | Nevada Bar No. 00050 |
| 9120 West Post Road, Suite 100 | 7785 W. Sahara Ave., Suite 200 |
| Las Vegas, Nevada 89148 | Las Vegas, NV 89117 |
| (702) 254-7775 | 702-475-7964 |
| tim@croteaulaw.com | 702-946-1345 (fax) |
| *Attorney for Plaintiff* | dnitz@wrightlegal.net |
| **Las Vegas Development Group, LLC** | *Attorney for Defendant* |
| | **Aztec Foreclosure Corporation** |

IT IS SO ORDERED.

By: _____
RICHARD F. BOULWARE, II
United States District Judge

Dated: February 9, 2016.

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on this ___21st_____ day of January, 2016, I served via the United States District Court CM/ECF electronic filing system, the foregoing **STIPULATION TO EXTEND TIME TO RESPOND TO MOTION FOR ENTRY OF FINAL JUDGMENT PURSUANT TO NRCP 54(B) AND MOTION FOR ATTORNEYS' FEES** to the following parties:

Michael A. Arata
Springel & Fink
10655 Park Run Dr Ste 275
Las Vegas, NV 89144
702-804-0706
702-804-0798 (fax)
marata@springelfink.com
*Attorney for Defendant*
*Evergreen Moneysource Mortgage*
*Corporation*

Jessica E. Chong
Wright, Finlay & Zak
7785 W. Sahara Ave., Suite 200
Las Vegas, NV 89117
702-475-7964
702-946-1345 (fax)
jchong@wrightlegal.net
*Attorney for Defendant*
*Aztec Foreclosure Corporation*

Leonard T. Fink
Springel & Fink LLP
10655 Park Run Dr Ste 275
Las Vegas, NV 89144
702-804-0706
702-807-0798 (fax)
espringel@springelfink.com
*Attorney for Defendant*
*Evergreen Moneysource Mortgage*
*Corporation*

Melanie D Morgan
Akerman LLP
1160 Town Center Drive, Suite 330
Las Vegas, NV 89144
(702)634-5005
(702) 380-8572 (fax)
melanie.morgan@akerman.com
*Attorney for Defendants*
*Federal National Mortgage Association*
*and Nationstar Mortgage, LLC*

Dana Jonathon Nitz
Wright, Finlay & Zak, LLP
7785 W. Sahara Ave., Suite 200
Las Vegas, NV 89117
702-475-7964
702-946-1345 (fax)
dnitz@wrightlegal.net
*Attorney for Defendant*
*Aztec Foreclosure Corporation*

Christine M. Parvan
Akerman LLP
1160 Town Center Drive, Suite 330
Las Vegas, NV 89144
702-634-5000
702-380-8572 (fax)
christine.parvan@akerman.com
*Attorney for Defendants*
*Federal National Mortgage Association*
*and Nationstar Mortgage, LLC*

Ariel E. Stern
Akerman LLP
1160 Town Center Drive, Suite 330
Las Vegas, NV 89144
702-634-5000
702-380-8572 (fax)
ariel.stern@akerman.com
*Attorney for Defendants*
*Federal National Mortgage Association*
*and Nationstar Mortgage, LLC*

  /s/ *Timothy E. Rhoda*
An employee of ROGER P. CROTEAU & ASSOCIATES, LTD.

ROGER P. CROTEAU & ASSOCIATES, LTD.
• 9120 W. Post Road, Suite 100 • Las Vegas, Nevada 89148 •
Telephone: (702) 254-7775 • Facsimile (702) 228-7719

5125 Teal Petals