MELANIE D. MORGAN, ESQ.
Nevada Bar No. 8215
CHRISTINE PARVAN, ESQ.
Nevada Bar No. 10711
AKERMAN LLP
1160 Town Center Drive, Suite 330
Las Vegas, Nevada  89144
Telephone:   (702) 634-5000
Facsimile:    (702) 380-8572
Email: melanie.morgan@akerman.com
Email: christine.parvan@akerman.com

*Attorneys for Federal National Mortgage Association and Nationstar Mortgage, LLC*

## UNITED STATES DISTRICT COURT

### DISTRICT OF NEVADA

| | |
|---|---|
| LAS VEGAS DEVELOPMENT GROUP, LLC, a Nevada limited liability company,<br><br>                    Plaintiff,<br><br>vs.<br><br>STEVEN P. SCHNEIDER, an individual; NATIONSTAR MORTGAGE, LLC, a Delaware limited liability company; AZTEC FORECLOSURE CORPORATION, a California corporation; TRACY BURR, an individual; FEDERAL NATIONAL MORTGAGE ASSOCIATION, a federally chartered corporation; EVERGREEN MONEYSOURCE MORTGAGE COMPANY, a Washington corporation; DOE individuals X through XX; and ROE CORPORATIONS I through XX,<br><br>                    Defendants. | Case No.: 2:16-cv-00038-RFB-GWF<br><br>**STIPULATION AND ORDER TO EXTEND DEADLINE FOR NATIONSTAR MORTGAGE, LLC AND FEDERAL NATIONAL MORTGAGE ASSOCIATION TO FILE RESPONSE TO HOLLOW DE ORO HOMEOWNERS ASSOCIATION'S MOTION TO DISMISS CROSSCLAIMS**<br><br>**[SECOND REQUEST]** |

Crossdefendant Hollow De Oro Homeowners Association (**HOA**) and Crossclaimants Nationstar Mortgage, LLC (**Nationstar**) and Federal National Mortgage Association (**FNMA**),

{37509493;1}

respectfully submit the following Stipulation and Order extending time for Nationstar and FNMA to file a response to the HOA's Motion to Dismiss Crossclaims [Doc. 8].

1. The HOA filed a Motion to Dismiss Nationstar's and FNMA's Crossclaims on January 15, 2016 [Doc. 8].

2. Nationstar and FNMA's response was originally due by February 1, 2016 and the parties stipulated and agreed to a new due date of February 8, 2016..

3. The parties hereto agree that Nationstar and FNMA shall have an additional period of time until and including Tuesday, February 16, 2016.  Nationstar and FNMA request this additional time to fully address the issues raised in the HOA's Motion.

4. This Stipulation is made in good faith and not for purposes of delay.

DATED this 13th day of February, 2016

| **AKERMAN LLP** | **GORDON & REES LLP** |
|---|---|
| /s/ *Christine Parvan*_____ <br> MELANIE D. MORGAN, ESQ. <br> Nevada Bar No. 8215 <br> CHRISTINE PARVAN, ESQ <br> Nevada Bar No. 10711 <br> 1160 Town Center Drive, Suite 330 <br> Las Vegas, Nevada 89144 <br> (702) 634-5000 <br> (702) 380-8572 (facsimile) <br> melanie.morgan@akerman.com <br> christine.parvan@akerman.com <br> melanie.morgan@akerman.com <br><br> *Attorney for Federal National Mortgage Association and Nationstar Mortgage* | /s/ *David T. Gluth*_____ <br> ROBERT S. LARSEN, ESQ. <br> Nevada Bar No. 7785 <br> DAVID T. GLUTH, ESQ. <br> Nevada Bar No. 10596 <br> 3770 Howard Hughes Pkwy., Suite 100 <br> Las Vegas, Nevada 89169 <br> (702) 577-9300 <br> (702) 255-2858 (facsimile) <br> rlarsen@gordonrees.com <br> dgluth@gordonrees.com <br><br> *Attorney for Hollow De Oro Homeowners Association* |

IT IS SO ORDERED:

_____
RICHARD F. BOULWARE, II
United States District Judge

DATED this 15th day of February, 2016.

{37509493;1}                    2

**ORDER**

IT IS SO ORDERED:

_____
UNITED STATES MAGISTRATE JUDGE

DATED: _____