1  ROBERT S. LARSEN, ESQ.
   Nevada Bar No. 7785
2  DAVID T. GLUTH, ESQ.
   Nevada Bar No. 10596
3  **GORDON & REES LLP**
   3770 Howard Hughes Parkway, Suite 100
4  Las Vegas, Nevada   89169
   Telephone:  (702) 577-9300
5  Facsimile:  (702) 255-2858
   Email: rlarsen@gordonrees.com
6          dgluth@gordonrees.com

7  *Attorneys for Cross-Defendant Hollow De Oro Homeowners Association*

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| LAS VEGAS DEVELOPMENT GROUP, LLC, a Nevada Limited Liability Company, | Case No.: 2:16-cv-00038-RFB-GWF |
| Plaintiff, | |
| vs. | **STIPULATION AND ORDER TO EXTEND TIME FOR HOLLOW DE ORO HOMEOWNERS ASSOCIATION TO FILE REPLY BRIEF IS SUPPORT OF ITS MOTION TO DISMISS [Doc. 8]** |
| STEVEN P. SCHNEIDER, an individual; NATIONSTAR MORTGAGE, LLC, a Delaware limited liability company; AZTEC FORECLOSURE CORPORATION, a California corporation; TRACY BURR, an individual; FEDERAL NATIONAL MORTGAGE ASSOCIATION, a federally chartered corporation; EVERGREEN MONEYSOURCE MORTGAGE COMPANY, a Washington corporation; DOE individuals X through XX; and ROE `CORPORATIONS I through XX, | **(First Request)** |
| Defendants. | |
| FEDERAL NATIONAL MORTGAGE ASSOCIATION, | |
| Counter-Claimant, | |
| v. | |
| LAS VEGAS DEVELOPMENT GROUP, LLC; | |
| Counter-Defendant. | |

-1-

FEDERAL NATIONAL MORTGAGE ASSOCIATION,

                      Counter-Claimant,

v.

HOLLOW DE ORO HOMEOWNERS ASSOCIATION,

                      Cross-Defendant.

Pursuant to Local Rules 6-1 and 7-1, Crossclaimants, Nationstar Mortgage, LLC ("Nationstar") and Federal National Mortgage Association ("Fannie Mae"), and Crossdefendant Hollow De Oro Homeowners Association ("Hollow De Oro"), by and through their respective attorneys of record, agree and stipulated to extend the deadline for Hollow De Oro to file its Reply in Support of Its Motion to Dismiss [Doc. 8] to **March 8, 2016**.  An extension is necessary to allow Hollow De Oro to sufficiently respond to Nationstar and FNMA's Opposition. Nationstar and Fannie Mae have no objection to the extension.

The is the first request related to the Reply and the one week extension is not being submitted for the purpose of delay or causing undue prejudice to any party.

DATED: February 25th, 2016.     DATED: February 25th, 2016.

GORDON & REES LLP               AKERMAN LLP

*/s/David T. Gluth*              */s/Christine Parvan*
DAVID T. GLUTH, ESQ.             CHRISTINE PARVAN, ESQ.
Nevada Bar No. 10596             Nevada Bar No. 10711
3770 Howard Hughes Parkway, Suite 100   1160 Town Center Drive, Suite 330
Las Vegas, Nevada  89169         Las Vegas, NV  89144

*Attorneys for Hollow De Oro Homeowners'*     *Attorneys for Federal National Mortgage*
*Association*                                  *Association and Nationstar Mortgage*

### ORDER

IT IS SO ORDERED.

_____
RICHARD F. BOULWARE, II
United States District Judge
DATED: March 1, 2016.