**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

LAS VEGAS DEVELOPMENT GROUP, LLC, )
)
    Plaintiff, )  Case No. 2:16-cv-00038-RFB-GWF
)
vs. )  **ORDER**
)
STEVEN P. SCHNEIDER, *et al.*, )
)
    Defendants. )

  This matter is before the Court on the parties' failure to file a proposed Stipulated Discovery Plan and Scheduling Order. Counsel for Defendant removed this matter to federal court on January 8, 2016. Defendant Hollow De Oro Homeowners Associated filed a Motion to Dismiss (#8) on January 15, 2016. Pursuant to LR 26-1, the parties were required to meet and/or confer as required by Fed. R. Civ. P. 26(f) within 30 days after the first defendant answered or otherwise appeared, and 14 days thereafter to file a mandatory stipulated discovery plan and scheduling order. To date, the parties have not complied. Accordingly,

  **IT IS HEREBY ORDERED** that the parties shall file a stipulated Discovery Plan and Scheduling Order not later than **March 21, 2016** in compliance with the provisions of LR 26-1 of the Rules of Practice of the United States District Court for the District of Nevada.

  DATED this 9th day of March, 2016.

              _____
              GEORGE FOLEY, JR.
              United States Magistrate Judge