ROGER P. CROTEAU, ESQ.
Nevada Bar No. 4958
TIMOTHY E. RHODA, ESQ.
Nevada Bar No. 7878
ROGER P. CROTEAU & ASSOCIATES, LTD.
9120 West Post Road, Suite 100
Las Vegas, Nevada 89148
(702) 254-7775
(702) 228-7719 (facsimile)
croteaulaw@croteaulaw.com
*Attorney for Plaintiff*
**LAS VEGAS DEVELOPMENT GROUP, LLC**

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\*\*\*

| | |
|---|---|
| LAS VEGAS DEVELOPMENT GROUP, LLC, a Nevada limited liability company, <br><br> Plaintiff, <br><br> vs. <br><br> STEVEN P. SCHNEIDER, an individual; NATIONSTAR MORTGAGE, LLC , a Delaware limited liability company; AZTEC FORECLOSURE CORPORATION, a California corporation; TRACY BURR, an individual; FEDERAL NATIONAL MORTGAGE ASSOCIATION, a federally chartered corporation; EVERGREEN MONEYSOURCE MORTGAGE COMPANY, a Washington corporation; DOE individuals I through XX; and ROE CORPORATIONS I through XX, <br><br> Defendants. | Case No.   2:16-cv-00038-RFB-GWF |

**STIPULATION TO EXTEND TIME TO RESPOND TO MOTION
FOR ENTRY OF FINAL JUDGMENT PURSUANT TO NRCP 54(B)
AND MOTION FOR ATTORNEYS' FEES**
(Fourth Request)

COMES NOW Plaintiff, LAS VEGAS DEVELOPMENT GROUP, LLC (*"LVDG"*), and Defendant, AZTEC FORECLOSURE CORPORATION (*"Aztec"*), by and through their undersigned counsel, and hereby stipulate and agree as follows:

Page 1 of 4

5125 Teal Petals

1. On January 5, 2016, prior to the date on which this matter was removed to this Court, Aztec filed a Motion for Entry of Final Judgment Pursuant to NRCP 54(b) related to an Order granting Aztec's Motion to Dismiss in the State Court. Said Motion is attached to the Joint Status Report filed herein on February 11, 2016 [Doc. #20-1].

2. On January 15, 2016, Aztec filed a Motion for Attorneys' Fees and Costs herein [Doc. #7].

3. On January 21, 2016, the parties submitted a Stipulation [Doc. #10] extending the time in which to respond to the subject Motions because they were discussing the potential amicable resolution of said Motions. The Court granted this Stipulation on February 9, 2016 [Doc. #16].

4. On February 5, 2016, the parties submitted a second Stipulation [Doc. #14] extending the time in which to respond to the subject Motions because they continued to discuss the amicable resolution of said Motions. The Court granted this Stipulation on February 9, 2016 [Doc. #17].

5. On February 19, 2016, the parties submitted a third Stipulation [Doc. #26] extending the time in which to respond to the subject Motions because they continued to discuss an amicable resolution. The Court granted this Stipulation on March 1, 2016 [Doc. #28].

6. The parties have agreed upon an amicable resolution of the Motions. Settlement documents have been drafted which are presently being reviewed by a representative of Aztec. Various levels of authority must approve the settlement terms because of the multiple facets, including addressing the fees and costs claimed, Rule 54(b) certification and imminent appeal if no resolution is reached.

7. The parties expect to execute appropriate settlement documents; Aztec expects to file withdrawals of the subject Motions; and the parties expect to submit an appropriate stipulation resolving the motions, on or before March 28, 2016. At that time, the subject Motions will be fully resolved without the need for further

5125 Teal Petals

1. action by the Court other than the review and approval of any stipulation that is submitted.

8. In the event of an unforeseen circumstance requiring a response to the Motions, LVDG shall have an additional period of time until and including March 28, 2016, in which to file Responses to the pending Motions and Aztec shall have until April 11, 2016.

9. This Stipulation is made in good faith and not for purpose of delay.

Dated this ___11th___ day of March, 2016.

ROGER P. CROTEAU & ASSOCIATES, LTD.

/s/ *Timothy E. Rhoda*
TIMOTHY E. RHODA, ESQ.
Nevada Bar No. 7878
9120 West Post Road, Suite 100
Las Vegas, Nevada 89148
(702) 254-7775
tim@croteaulaw.com
*Attorney for Plaintiff*
**Las Vegas Development Group, LLC**

WRIGHT, FINLAY & ZAK, LLP

/s/ *Jessica E. Chong*
JESSICA E. CHONG, ESQ.
Nevada Bar No. 13845
7785 W. Sahara Ave., Suite 200
Las Vegas, NV 89117
702-475-7964
702-946-1345 (fax)
jchong@wrightlegal.net
*Attorney for Defendant*
**Aztec Foreclosure Corporation**

**IT IS SO ORDERED.**

_____
RICHARD F. BOULWARE, II
United States District Judge

DATED this 21st day of March, 2016.

ROGER P. CROTEAU & ASSOCIATES, LTD.
• 9120 W. Post Road, Suite 100 • Las Vegas, Nevada 89148 •
Telephone: (702) 254-7775 • Facsimile (702) 228-7719

5125 Teal Petals

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on this ___11th___ day of March, 2016, I served via the United States District Court CM/ECF electronic filing system, the foregoing **STIPULATION TO EXTEND TIME TO RESPOND TO MOTION FOR ENTRY OF FINAL JUDGMENT PURSUANT TO NRCP 54(B) AND MOTION FOR ATTORNEYS' FEES (Fourth Request)** to the following parties:

Michael A. Arata
Springel & Fink
10655 Park Run Dr Ste 275
Las Vegas, NV 89144
702-804-0706
702-804-0798 (fax)
marata@springelfink.com
*Attorney for Defendant*
*Evergreen Moneysource Mortgage*
*Corporation*

Jessica E. Chong
Wright, Finlay & Zak
7785 W. Sahara Ave., Suite 200
Las Vegas, NV 89117
702-475-7964
702-946-1345 (fax)
jchong@wrightlegal.net
*Attorney for Defendant*
*Aztec Foreclosure Corporation*

Leonard T. Fink
Springel & Fink LLP
10655 Park Run Dr Ste 275
Las Vegas, NV 89144
702-804-0706
702-807-0798 (fax)
espringel@springelfink.com
*Attorney for Defendant*
*Evergreen Moneysource Mortgage*
*Corporation*

Melanie D Morgan
Akerman LLP
1160 Town Center Drive, Suite 330
Las Vegas, NV 89144
(702)634-5005
(702) 380-8572 (fax)
melanie.morgan@akerman.com
*Attorney for Defendants*
*Federal National Mortgage Association*
*and Nationstar Mortgage, LLC*

Dana Jonathon Nitz
Wright, Finlay & Zak, LLP
7785 W. Sahara Ave., Suite 200
Las Vegas, NV 89117
702-475-7964
702-946-1345 (fax)
dnitz@wrightlegal.net
*Attorney for Defendant*
*Aztec Foreclosure Corporation*

Christine M. Parvan
Akerman LLP
1160 Town Center Drive, Suite 330
Las Vegas, NV 89144
702-634-5000
702-380-8572 (fax)
christine.parvan@akerman.com
*Attorney for Defendants*
*Federal National Mortgage Association*
*and Nationstar Mortgage, LLC*

Ariel E. Stern
Akerman LLP
1160 Town Center Drive, Suite 330
Las Vegas, NV 89144
702-634-5000
702-380-8572 (fax)
ariel.stern@akerman.com
*Attorney for Defendants*
*Federal National Mortgage Association*
*and Nationstar Mortgage, LLC*

/s/ *Timothy E. Rhoda*
An employee of ROGER P. CROTEAU & ASSOCIATES, LTD.

5125 Teal Petals