ROGER P. CROTEAU, ESQ.
Nevada Bar No. 4958
TIMOTHY E. RHODA, ESQ.
Nevada Bar No. 7878
ROGER P. CROTEAU & ASSOCIATES, LTD.
9120 West Post Road, Suite 100
Las Vegas, Nevada 89148
(702) 254-7775
(702) 228-7719 (facsimile)
croteaulaw@croteaulaw.com
*Attorney for Plaintiff*
**LAS VEGAS DEVELOPMENT GROUP, LLC**

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\*\*\*

| | |
|---|---|
| LAS VEGAS DEVELOPMENT GROUP, LLC, a Nevada limited liability company,<br><br>                    Plaintiff,<br><br>vs.<br><br>STEVEN P. SCHNEIDER, an individual; NATIONSTAR MORTGAGE, LLC, a Delaware limited liability company; AZTEC FORECLOSURE CORPORATION, a California corporation; TRACY BURR, an individual; FEDERAL NATIONAL MORTGAGE ASSOCIATION, a federally chartered corporation; EVERGREEN MONEYSOURCE MORTGAGE COMPANY, a Washington corporation; DOE individuals I through XX; and ROE CORPORATIONS I through XX,<br><br>                    Defendants. | Case No.   2:16-cv-00038-RFB-GWF |

**MOTION TO EXTEND TIME TO FILE DISCOVERY PLAN**

**(First Request)**

COMES NOW, Plaintiff, LAS VEGAS DEVELOPMENT GROUP, LLC, by and through its attorneys, ROGER P. CROTEAU & ASSOCIATES, LTD., and hereby presents its Motion to Extend Time to File Discovery Plan.  This Motion is made and based upon the attached memorandum of points and authorities, all pleadings, papers and documents on file herein, and

5125 Teal Petals

any oral argument that the Court may entertain at the hearing of this matter.

DATED this ___21st___ day of March, 2016.

ROGER P. CROTEAU & ASSOCIATES, LTD.


/s/ *Timothy E. Rhoda*
ROGER P. CROTEAU, ESQ.
Nevada Bar No. 4958
TIMOTHY E. RHODA, ESQ.
Nevada Bar No. 7878
9120 West Post Road, Suite 100
Las Vegas, Nevada 89148
(702) 254-7775
*Attorney for Plaintiff*
**LAS VEGAS DEVELOPMENT GROUP, LLC**

**MEMORANDUM OF POINTS AND AUTHORITIES**

**STATEMENT OF FACTS**

The instant action is primarily a quiet title and declaratory relief action related to real property commonly known as 5125 Teal Petals Street, North Las Vegas, Nevada 89081, Assessor Parcel No. 124-35-711-058 (*the "Property"*). The action was originally filed in the Eighth Judicial District Court of Clark County on June 25, 2015, where it was pending for some time and where substantial activity took place. In approximately December, 2015, Plaintiff was advised that Evergreen Moneysource Mortgage Corporation (*"Evergreen"*) had been incorrectly served with the Complaint. Specifically, counsel for Evergreen represented that the Complaint had not been served upon Evergreen's current registered agent but rather a past registered agent. Upon again being served with the Complaint, Evergreen removed to this Court on January 8, 2016.

On March 9, 2015, this Court issued an Order directing the parties to file a stipulated Discovery Plan and Scheduling Order no later than March 21, 2016. Due to various circumstances, including illness and other work obligations, including a Nevada Supreme Court opening brief that was also due on March 21, 2016, Plaintiff's counsel has not yet been able to schedule and hold the 26(f) conference and prepare and file the Discovery Plan and Scheduling

Order. As a result, because a number of parties are involved, Plaintiff respectfully requests an additional 2-week extension of time until April 4, 2016 in order to do so.

## LEGAL ARGUMENT

**1. GOOD CAUSE EXISTS FOR A BRIEF EXTENSION OF TIME**

As the Court has noted, a Discovery Plan and Scheduling Order has not been filed herein to date. This was primarily the result of the rather unusual manner in which the case came before the Court. Specifically, the case was pending before the State Court for over 6 months before being removed.

Since this Court issued its order dated March 9, 2016, Plaintiff's counsel has been unable to schedule and hold the 26(f) conference and prepare and file the Discovery Plan and Scheduling Order due to circumstances that are largely beyond its control. This included an illness that kept counsel out of the office for several days, as well as other work obligations such as a Nevada Supreme Court opening brief which was also due on March 21, 2016. These factors, combined with the relatively large number of parties involved in the litigation, made it difficult to schedule the 26(f) conference by March 21, 2016.

## CONCLUSION

Based upon the foregoing, Plaintiff respectfully requests the Court grant an additional period of time until and including April 4, 2016, in which to file a stipulated Discovery Plan and Scheduling Order.

DATED this __21st__ day of March, 2016.

ROGER P. CROTEAU & ASSOCIATES, LTD.

/s/ *Timothy E. Rhoda*
ROGER P. CROTEAU, ESQ.
Nevada Bar No. 4958
TIMOTHY E. RHODA, ESQ.
Nevada Bar No. 7878
9120 West Post Road, Suite 100
Las Vegas, Nevada 89148
(702) 254-7775
*Attorney for Plaintiff*
**LAS VEGAS DEVELOPMENT GROUP, LLC**

Motion to Extend Time to File Discovery Plan
Case No. 2:16-cv-00038-RFB-GWF

**IT IS SO ORDERED.**

By: *George Foley Jr.*
United States Magistrate Judge

Dated: March 22, 2016

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this ___21st___ day of March, 2016, I served via the United States District Court CM/ECF electronic filing system, the foregoing **MOTION TO EXTEND TIME TO FILE DISCOVERY PLAN (First Request)** to the following parties:

Michael A. Arata
Springel & Fink
10655 Park Run Dr Ste 275
Las Vegas, NV 89144
702-804-0706
702-804-0798 (fax)
marata@springelfink.com
*Attorney for Defendant*
*Evergreen Moneysource Mortgage Corporation*

Jessica E. Chong
Wright, Finlay & Zak
7785 W. Sahara Ave., Suite 200
Las Vegas, NV 89117
702-475-7964
702-946-1345 (fax)
jchong@wrightlegal.net
*Attorney for Defendant*
*Aztec Foreclosure Corporation*

Leonard T. Fink
Springel & Fink LLP
10655 Park Run Dr Ste 275
Las Vegas, NV 89144
702-804-0706
702-807-0798 (fax)
espringel@springelfink.com
*Attorney for Defendants*
*Evergreen Moneysource Mortgage Corporation and Steven P. Schneider*

Melanie D Morgan
Akerman LLP
1160 Town Center Drive, Suite 330
Las Vegas, NV 89144
(702)634-5005
(702) 380-8572 (fax)
melanie.morgan@akerman.com
*Attorney for Defendants*
*Federal National Mortgage Association and Nationstar Mortgage, LLC*

Dana Jonathon Nitz
Wright, Finlay & Zak, LLP
7785 W. Sahara Ave., Suite 200
Las Vegas, NV 89117
702-475-7964
702-946-1345 (fax)
dnitz@wrightlegal.net
*Attorney for Defendant*
*Aztec Foreclosure Corporation*

Christine M. Parvan
Akerman LLP
1160 Town Center Drive, Suite 330
Las Vegas, NV 89144
702-634-5000
702-380-8572 (fax)
christine.parvan@akerman.com
*Attorney for Defendants*
*Federal National Mortgage Association and Nationstar Mortgage, LLC*

Ariel E. Stern
Akerman LLP
1160 Town Center Drive, Suite 330
Las Vegas, NV 89144
702-634-5000
702-380-8572 (fax)
ariel.stern@akerman.com
*Attorney for Defendants*
*Federal National Mortgage Association and Nationstar Mortgage, LLC*

David T. Gluth II
Gordon & Rees, LLP
3770 Howard Hughes Parkway, Suite 100
Las Vegas, NV 89169
(702) 577-9304
(702) 255-2858 (fax)
dgluth@gordonrees.com
*Attorney for Defendant*
*Hollow de Oro Homeowners Association*

5125 Teal Petals

**ROGER P. CROTEAU & ASSOCIATES, LTD.**
• 9120 W. Post Road, Suite 100 • Las Vegas, Nevada 89148 •
Telephone: (702) 254-7775  • Facsimile (702) 228-7719

1
2  Robert S. Larsen
   Gordon & Rees, LLP
3  3770 Howard Hughes Parkway, Suite 100
   Las Vegas, NV 89169
4  (702) 577-9304
   (702) 255-2858 (fax)
5  rlarsen@gordonrees.com
   *Attorney for Defendant*
6  *Hollow de Oro Homeowners Association*

7

8                                              /s/ *Timothy E. Rhoda*
9                                           An employee of ROGER P. CROTEAU &
                                            ASSOCIATES, LTD.
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

5125 Teal Petals