WRIGHT, FINLAY & ZAK, LLP
Dana Jonathon Nitz, Esq.
Nevada Bar No. 0050
7785 W. Sahara Ave, Suite 200
Las Vegas, NV 89117
(702) 475-7964; Fax: (702) 946-1345
*Attorney for Defendant, Aztec Foreclosure Corporation*

## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| LAS VEGAS DEVELOPMENT GROUP, LLC, a Nevada limited liability company, | Case No.: 2:16-cv-00038-RFB-GWF |
| Plaintiff, | **STIPULATION AND ORDER** |
| vs. | |
| STEVEN P. SCHNEIDER, an individual; NATIONSTAR MORTGAGE, LLC, a Delaware limited liability company; AZTEC FORECLOSURE CORPORATION, a California corporation; TRACY BURR, an individual; FEDERAL NATIONAL MORTGAGE ASSOCIATION, a federally chartered corporation; EVERGREEN MONEYSOURCE MORTGAGE COMPANY, a Washington corporation; DOE individuals I through XX; and ROE CORPORATIONS I through XX, | |
| Defendants. | |

Defendant, Aztec Foreclosure Corporation (hereinafter "Aztec"), through its counsel of record, Dana Jonathon Nitz, Esq., of the law firm of Wright, Finlay, & Zak, LLP, and Plaintiff Las Vegas Development Group, LLC (hereinafter "LVDG"), by and through its attorney of record Timothy E. Rhoda, Esq. of Roger P. Croteau & Associates, LTD., hereby stipulate and agree as follows:

WHEREAS, LVDG filed a complaint in *Las Vegas Development Group, LLC v. Schneider et al.*, and sought to quiet title. LVDG initiated the action in the Eighth Judicial District Court of Nevada, court case number A-15-720541-C.

1    WHEREAS, on August 12, 2015, Aztec filed its Motion to Dismiss LVDG's Complaint

2    with Prejudice in state court, which was later granted on December 21, 2015 ("Order of

3    Dismissal").

4    WHEREAS, on December 29, 2015, Aztec filed a Verified Memorandum of Costs and

5    Disbursements in state court.

6    WHEREAS, on December 30, 2015, Aztec filed the Notice of Entry of Order Granting its

7    Motion to Dismiss Complaint with Prejudice in state court.

8    WHEREAS, Aztec filed a Motion for Entry of Final Judgment Pursuant N.R.C.P. 54(b)

9    on January 5, 2016, in state court.

10   WHEREAS, Defendant Evergreen Moneysource Mortgage Company removed the entire

11   action on January 8, 2016, to the United States District Court – District of Nevada, case number

12   2:16-cv-00038-RFB-GWF.

13   WHEREAS, Aztec filed a Motion for Attorneys' Fees and Costs on January 15, 2016,

14   federal court.

15   IT IS HEREBY STIPULATED AND AGREED as follows:

16   1.   There is no just reason for delay of entry of the Order of Dismissal as a final judgment

17   and the Court may direct entry as a final judgment as to Aztec pursuant to F.R.C.P. 54(b).

18   2.   The Order of Dismissal shall be entered with Prejudice as between Aztec and LVDG.

19   3.   Aztec withdraws its Motion for Attorneys Fees and Costs.

20   ///

21   ///

22   ///

23

24

25

26

27

28

1    4.  Aztec withdraws its Verified Memorandum of Costs and Disbursements.

2    5.  As between each other, LVDG and Aztec each party shall bear its own attorneys' fees

3 and costs.

4    IT IS SO STIPULATED.

5 DATED this ___ day of April, 2016.     DATED this ___ day of April, 2016.

6 **ROGER P. CROTEAU &**              **WRIGHT, FINLAY & ZAK, LLP**

7 **ASSOCIATES, LTD.**

8 _____        _____

9 Timothy E. Rhoda, Esq.              Dana Jonathon Nitz, Esq.
  Nevada Bar No. 7878                 Nevada Bar No. 0050
10 9120 West Post Road, Suite 100      7785 W. Sahara Ave., Suite 200
  Las Vegas, Nevada 89148             Las Vegas, Nevada 89117
11 *Attorneys for Plaintiff, Las Vegas*   *Attorneys for Defendant, Aztec Foreclosure*
  *Development Group*                 *Corporation*
12

13                  **ORDER**

14    IT IS ORDERED that there is no just reason for delay of entry of the Order Granting

15 Aztec's Motion to Dismiss with Prejudice as a final judgment and this Court directs entry as a

16 final judgment as to Aztec.

17    IT IS ORDERED that the Order of Dismissal is certified as a final appealable judgment

18 pursuant to F.R.C.P. 54(b).

19    IT IS ORDERED that the Order of Dismissal shall be with Prejudice, with LVDG and

20 Aztec to bear their own attorneys' fees and costs.

21    IT IS ORDERED that Aztec's Motion for Attorney's Fees and Costs and Verified

22 Memorandum of Costs and Disbursement are withdrawn.

23

24    **IT IS SO ORDERED.**

25                  _____
                    RICHARD F. BOULWARE, II
26                  United States District Judge

27                  DATED:  April 19, 2016.

28