ROGER P. CROTEAU, ESQ.
Nevada Bar No. 4958
TIMOTHY E. RHODA, ESQ.
Nevada Bar No. 7878
ROGER P. CROTEAU & ASSOCIATES, LTD.
9120 West Post Road, Suite 100
Las Vegas, Nevada 89148
(702) 254-7775
(702) 228-7719 (facsimile)
croteaulaw@croteaulaw.com
*Attorney for Plaintiff*
**LAS VEGAS DEVELOPMENT GROUP, LLC**

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\*\*\*

| | |
|---|---|
| LAS VEGAS DEVELOPMENT GROUP, LLC, a Nevada limited liability company,<br><br>　　　　　　　Plaintiff,<br><br>vs.<br><br>STEVEN P. SCHNEIDER, an individual; NATIONSTAR MORTGAGE, LLC , a Delaware limited liability company; AZTEC FORECLOSURE CORPORATION, a California corporation; TRACY BURR, an individual; FEDERAL NATIONAL MORTGAGE ASSOCIATION, a federally chartered corporation; EVERGREEN MONEYSOURCE MORTGAGE COMPANY, a Washington corporation; DOE individuals I through XX; and ROE CORPORATIONS I through XX,<br><br>　　　　　　　Defendants. | Case No.　2:16-cv-00038-RFB-GWF |

**STIPULATION TO EXTEND TIME TO REPLY TO OPPOSITIONS TO MOTION TO REMAND**
**(First Request)**

COMES NOW Plaintiff, LAS VEGAS DEVELOPMENT GROUP, LLC (*"LVDG"*), and

Defendants, NATIONSTAR MORTGAGE, LLC, FEDERAL NATIONAL MORTGAGE

5125 Teal Petals

ASSOCIATION, EVERGREEN MONEYSOURCE MORTGAGE COMPANY, and STEVEN P. SCHNEIDER, by and through their undersigned counsel, and hereby stipulate and agree as follows:

1. On January 25, 2017, Plaintiff filed a Motion to Remand herein [ECF #49].

2. On February 8, 2017, Defendants, Steven P. Schneider and Evergreen Moneysource Mortgage Company, filed an Opposition to said Motion to Remand [ECF #52]. A Reply to said Opposition is presently due on February 15, 2017.

3. On February 8, 2017, Defendants, Nationstar Mortgage, LLC and Federal National Mortgage Association, filed an Opposition to said Motion to Remand [ECF #53]. A Reply to said Opposition is presently due on February 15, 2017.

4. The parties are presently discussing a potentially amicable resolution of the Motion which will entail the Plaintiff providing to the Defendants additional documentation evidencing its member's citizenship.

5. Plaintiff shall have an extension of time until March 8, 2017, in which to file Replies to the Defendants' Oppositions, if necessary.

6. This Stipulation is made in good faith and not for purpose of delay.

Dated this ___15th___ day of February, 2017.

| ROGER P. CROTEAU & ASSOCIATES, LTD. | SPRINGEL & FINK |
|---|---|
| /s/ *Timothy E. Rhoda* | /s/ *Michael A. Arata* |
| TIMOTHY E. RHODA, ESQ.<br>Nevada Bar No. 7878<br>9120 West Post Road, Suite 100<br>Las Vegas, Nevada 89148<br>(702) 254-7775<br>tim@croteaulaw.com<br>*Attorney for Plaintiff*<br>*Las Vegas Development Group, LLC* | MICHAEL A. ARATA, ESQ.<br>Nevada Bar No. 11902<br>10655 Park Run Dr Ste 275<br>Las Vegas, NV 89144<br>702-804-0706<br>702-804-0798 (fax)<br>marata@springelfink.com<br>*Attorney for Defendant*<br>*Evergreen Moneysource Mortgage Corporation and Steven P. Schneider* |

5125 Teal Petals

2:16-cv-00038-RFB-GWF

AKERMAN LLP

/s/ *Rex D. Garner*
REX D. GARNER, ESQ.
Nevada Bar No. 9401
1160 Town Center Drive, Suite 330
Las Vegas, NV 89144
(702)634-5005
(702) 380-8572 (fax)
melanie.morgan@akerman.com
*Attorney for Defendants*
*Federal National Mortgage Association and*
*Nationstar Mortgage, LLC*

**IT IS SO ORDERED.**

By: _____.
RICHARD F. BOULWARE, II
United States District Judge

Dated: February 16, 2017.

5125 Teal Petals