ROGER P. CROTEAU, ESQ.
Nevada Bar No. 4958
TIMOTHY E. RHODA, ESQ.
Nevada Bar No. 7878
ROGER P. CROTEAU & ASSOCIATES, LTD.
9120 West Post Road, Suite 100
Las Vegas, Nevada 89148
(702) 254-7775
(702) 228-7719 (facsimile)
croteaulaw@croteaulaw.com
*Attorney for Plaintiff*
**LAS VEGAS DEVELOPMENT GROUP, LLC**

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\*\*\*

| | |
|---|---|
| LAS VEGAS DEVELOPMENT GROUP, LLC, a Nevada limited liability company,<br><br>                        Plaintiff,<br><br>vs.<br><br>STEVEN P. SCHNEIDER, an individual; NATIONSTAR MORTGAGE, LLC, a Delaware limited liability company; AZTEC FORECLOSURE CORPORATION, a California corporation; TRACY BURR, an individual; FEDERAL NATIONAL MORTGAGE ASSOCIATION, a federally chartered corporation; EVERGREEN MONEYSOURCE MORTGAGE COMPANY, a Washington corporation; DOE individuals I through XX; and ROE CORPORATIONS I through XX,<br><br>                        Defendants. | Case No.   2:16-cv-00038-RFB-GWF |

**STIPULATION TO EXTEND TIME TO REPLY
TO OPPOSITIONS TO MOTION TO REMAND**
**(Third Request)**

COMES NOW Plaintiff, LAS VEGAS DEVELOPMENT GROUP, LLC (*"LVDG"*), and

Defendants, NATIONSTAR MORTGAGE, LLC, FEDERAL NATIONAL MORTGAGE

5125 Teal Petals

ASSOCIATION, EVERGREEN MONEYSOURCE MORTGAGE COMPANY, and STEVEN P. SCHNEIDER, by and through their undersigned counsel, and hereby stipulate and agree as follows:

1. On January 25, 2017, Plaintiff filed a Motion to Remand herein [ECF #49].

2. On February 8, 2017, Defendants, Steven P. Schneider and Evergreen Moneysource Mortgage Company, filed an Opposition to said Motion to Remand [ECF #52].

3. On February 8, 2017, Defendants, Nationstar Mortgage, LLC and Federal National Mortgage Association, filed an Opposition to said Motion to Remand [ECF #53].

4. On February 15, 2017, the parties submitted a stipulation to extend the deadline to file replies to Defendants' Oppositions due to the fact that the parties were attempting to amicably resolve the Motion [ECF #54]. Said Stipulation was approved by the Court on February 16, 2017 [ECF #55]. Pursuant to said Stipulation, Replies became due on March 8, 2017.

5. On March 8, 2017, the parties submitted a second stipulation to extend the deadline to file replies to Defendants' Oppositions due to the fact that the parties were continuing to discuss the amicable resolution of the Motion [ECF #56]. Said Stipulation was approved by the Court on March 9, 2017 [ECF #57]. Pursuant to said Stipulation, Replies became due on March 22, 2017.

6. Defendants have been provided with and have reviewed additional documentation evidencing Plaintiff's member's citizenship which is relevant to the resolution of the Motion.

7. Based upon their review and consideration of the documentation supplied by Plaintiff, Defendants' counsel believe that they will be authorized by their respective clients to withdraw their Oppositions to the Motion for Remand. Assuming that this occurs as anticipated, the Motion for Remand will be unopposed.

5125 Teal Petals

8. Plaintiff shall have an additional extension of time until March 29, 2017, in which to file Replies to the Defendants' Oppositions, only if necessary.

9. This Stipulation is made in good faith and not for purpose of delay.

Dated this ___22nd___ day of March, 2017.

| | |
|---|---|
| ROGER P. CROTEAU & ASSOCIATES, LTD. | SPRINGEL & FINK |
| /s/ *Timothy E. Rhoda* <br> TIMOTHY E. RHODA, ESQ. <br> Nevada Bar No. 7878 <br> 9120 West Post Road, Suite 100 <br> Las Vegas, Nevada 89148 <br> (702) 254-7775 <br> tim@croteaulaw.com <br> *Attorney for Plaintiff* <br> *Las Vegas Development Group, LLC* | /s/ *Michael A. Arata* <br> MICHAEL A. ARATA, ESQ. <br> Nevada Bar No. 11902 <br> 10655 Park Run Dr Ste 275 <br> Las Vegas, NV 89144 <br> 702-804-0706 <br> 702-804-0798 (fax) <br> marata@springelfink.com <br> *Attorney for Defendant* <br> *Evergreen Moneysource Mortgage Corporation and Steven P. Schneider* |

AKERMAN LLP

/s/ *Rex D. Garner*
REX D. GARNER, ESQ.
Nevada Bar No. 9401
1160 Town Center Drive, Suite 330
Las Vegas, NV 89144
(702)634-5005
(702) 380-8572 (fax)
rex.garner@akerman.com
*Attorney for Defendants*
*Federal National Mortgage Association and Nationstar Mortgage, LLC*

**IT IS SO ORDERED.**

RICHARD F. BOULWARE, II
United States District Judge

DATED this 23rd day of March, 2017.

5125 Teal Petals