ROGER P. CROTEAU, ESQ.
Nevada Bar No. 4958
TIMOTHY E. RHODA, ESQ.
Nevada Bar No. 7878
ROGER P. CROTEAU & ASSOCIATES, LTD.
9120 West Post Road, Suite 100
Las Vegas, Nevada 89148
(702) 254-7775
(702) 228-7719 (facsimile)
croteaulaw@croteaulaw.com
*Attorney for Plaintiff*
**LAS VEGAS DEVELOPMENT GROUP, LLC**

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\*\*\*

| | |
|---|---|
| LAS VEGAS DEVELOPMENT GROUP, LLC, a Nevada limited liability company,<br><br>Plaintiff,<br><br>vs.<br><br>STEVEN P. SCHNEIDER, an individual; NATIONSTAR MORTGAGE, LLC, a Delaware limited liability company; AZTEC FORECLOSURE CORPORATION, a California corporation; TRACY BURR, an individual; FEDERAL NATIONAL MORTGAGE ASSOCIATION, a federally chartered corporation; EVERGREEN MONEYSOURCE MORTGAGE COMPANY, a Washington corporation; DOE individuals I through XX; and ROE CORPORATIONS I through XX,<br><br>Defendants. | Case No. 2:16-cv-00038-RFB-GWF |

**STIPULATION TO STAY PENDING MOTION TO REMAND**

COMES NOW Plaintiff, LAS VEGAS DEVELOPMENT GROUP, LLC (*"LVDG"*); Defendants, NATIONSTAR MORTGAGE, LLC, FEDERAL NATIONAL MORTGAGE ASSOCIATION, EVERGREEN MONEYSOURCE MORTGAGE COMPANY, and STEVEN

5125 Teal Petals

ROGER P. CROTEAU & ASSOCIATES, LTD.
• 9120 W. Post Road, Suite 100 • Las Vegas, Nevada 89148 •
Telephone: (702) 254-7775 • Facsimile (702) 228-7719

P. SCHNEIDER; and Cross-Defendant, HOLLOW DE ORO HOMEOWNERS ASSOCIATION, by and through their undersigned counsel, and hereby stipulate and agree as follows:

1. On January 25, 2017, Plaintiff filed a Motion to Remand herein [ECF #49].

2. On February 8, 2017, Defendants, Steven P. Schneider and Evergreen Moneysource Mortgage Company, filed an Opposition to said Motion to Remand [ECF #52].

3. On February 8, 2017, Defendants, Nationstar Mortgage, LLC and Federal National Mortgage Association, filed an Opposition to said Motion to Remand [ECF #53].

4. Subsequent to being provided with additional documentation evidencing Plaintiff's member's citizenship which is relevant to the resolution of the Motion, the Defendants withdrew said Oppositions [ECF #60, 61], rendering the Motion unopposed.

5. On April 24, 2017, Plaintiff filed a Notice of Non-Opposition herein [ECF #62].

6. Pursuant to the Scheduling Order [ECF #44], as amended by Stipulation approved by the Court on February 6, 2017 [ECF #51], various deadlines continue to exist herein, including an Interim Status Report that is presently due on May 4, 2017.

7. In the event that the Motion to Remand is granted and this matter is remanded to the State Court, the parties will submit a proposed scheduling order continuing existing case deadlines to be approved and/or imposed by the State Court.

8. A stay of this action pending a resolution of the pending Motion to Remand will allow the parties to avoid incurring substantial costs and is in the best interest of all parties, as well as the Court.

9. The instant action shall be stayed in its entirety, including all discovery and all pending deadlines, until such time as the Court rules upon the pending Motion to Remand.

10. In the event that Motion to Remand is granted, all further proceedings shall take place before the State Court. In the event that the Motion to Remand is denied,

5125 Teal Petals

ROGER P. CROTEAU & ASSOCIATES, LTD.
• 9120 W. Post Road, Suite 100 • Las Vegas, Nevada 89148 •
Telephone: (702) 254-7775 • Facsimile (702) 228-7719

the parties will submit an Amended Discovery Plan plan within 10 days thereafter.

11. This Stipulation is made in good faith and not for purpose of delay.

Dated this 4th day of May, 2017.

| | |
|---|---|
| ROGER P. CROTEAU & ASSOCIATES, LTD. | SPRINGEL & FINK |
| /s/ *Timothy E. Rhoda* <br> TIMOTHY E. RHODA, ESQ. <br> Nevada Bar No. 7878 <br> 9120 West Post Road, Suite 100 <br> Las Vegas, Nevada 89148 <br> (702) 254-7775 <br> tim@croteaulaw.com <br> *Attorney for Plaintiff* <br> *Las Vegas Development Group, LLC* | /s/ *Michael A. Arata* <br> MICHAEL A. ARATA, ESQ. <br> Nevada Bar No. 11902 <br> 10655 Park Run Dr Ste 275 <br> Las Vegas, NV 89144 <br> 702-804-0706 <br> 702-804-0798 (fax) <br> marata@springelfink.com <br> *Attorney for Defendant* <br> *Evergreen Moneysource Mortgage Corporation and Steven P. Schneider* |
| AKERMAN LLP | GORDON & REES, LLP |
| /s/ *Rex D. Garner* <br> REX D. GARNER, ESQ. <br> Nevada Bar No. 9401 <br> 1160 Town Center Drive, Suite 330 <br> Las Vegas, NV 89144 <br> (702)634-5005 <br> (702) 380-8572 (fax) <br> rex.garner@akerman.com <br> *Attorney for Defendants* <br> *Federal National Mortgage Association and Nationstar Mortgage, LLC* | /s/ *Robert S. Larsen* <br> ROBERT S. LARSEN, ESQ. <br> Nevada Bar No. 7785 <br> 3770 Howard Hughes Parkway, Suite 100 <br> Las Vegas, NV 89169 <br> (702) 577-9304 <br> (702) 255-2858 (fax) <br> rlarsen@gordonrees.com <br> *Attorney for Cross-Defendant* <br> *Hollow de Oro Homeowners Association* |

**IT IS SO ORDERED.**

By: /s/ George Foley Jr.
UNITED STATES MAGISTRATE JUDGE

Dated: 5/05/2017